AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

CARPENTERS FRINGE BENEFIT FUNDS
OF ILLINOIS, et al.

V.

ACADEMY INTERIORS, INC., an Illinois corporation

CASE NUMBER: 08CV3236

ASSIGNED JUDGE: JUDGE KENDALL

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

Academy Interiors, Inc.
c/o Russell T. Freeman, Registered Agent/President
223 E. Depot Street
Antioch, IL 60002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

June 4, 2008
Date



# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 08CV3236

PLAINTIFF
**Carpenters Fringe Benefits Funds of Illinois, et al.,**

vs.

DEFENDENT:
**Academy Interiors, Inc.**

Received by VTS Investigations on the 16th day of June, 2008 at 1:31 pm to be served on **Academy Interiors, Inc. c/o Russell T. Freeman, President, 223 E. Depot Street, Antioch, IL 60002**.

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **18th day of June, 2008** at **3:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT,** with the date and hour of service endorsed thereon by me, to: **Tracy Freeman** as **Manager** for **Academy Interiors, Inc.**, at the address of: **223 E. Depot Street, Antioch, IL 60002**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40  Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 140, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

Subscribed and Sworn to before me on the 19th day of June, 2008 by the affiant who is personally known to me

_____
NOTARY PUBLIC

_____
Robert C. Regalado - Process Server

**VTS Investigations**
P.O. Box 971
Elgin, IL 60121
(847) 888-4464

Our Job Serial Number: 2008001977

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c