IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT ) <br> FUNDS OF ILLINOIS, *et al.*, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> vs. ) <br>   ) <br> ACADEMY INTERIORS, INC., ) <br> an Illinois corporation, ) <br>   ) <br>   Defendant. ) | CIVIL ACTION <br><br> NO. 08 C 3236 <br><br> JUDGE VIRGINIA M. KENDALL |

**MOTION FOR ENTRY OF DEFAULT AND FOR AN ORDER
DIRECTING DEFENDANT TO TURN OVER
MONTHLY FRINGE BENEFIT CONTRIBUTION REPORTS**

NOW COME Plaintiffs, by their attorneys, and move for entry of default and for an order directing ACADEMY INTERIORS, INC., an Illinois corporation, Defendant herein, to turn over monthly fringe benefit contribution reports due for the months of October 2007 through the present date, pursuant to the Agreements and Declarations of Trust to which Defendant is bound, said Defendant having failed to answer or otherwise plead to the Complaint and the monthly contribution reports being required in order to liquidate Plaintiffs' claims.

On June 18, 2008, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Tracy Freeman) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on July 8, 2008. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

/s/   Cecilia M. Scanlon

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 29th day of July 2008:

            Mr. Russell T. Freeman, Registered Agent/President
            Academy Interiors, Inc.
            223 E. Depot Street
            Antioch, IL   60002


            /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\Academy Interiors\motion for default and reports.cms.df.wpd

AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

CARPENTERS FRINGE BENEFIT FUNDS
OF ILLINOIS, et al.

CASE NUMBER: 08CV3236

V.

ASSIGNED JUDGE: JUDGE KENDALL

ACADEMY INTERIORS, INC., an Illinois
corporation

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

Academy Interiors, Inc.
c/o Russell T. Freeman, Registered Agent/President
223 E. Depot Street
Antioch, IL 60002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_/s/ Paula Newison_
**(By) DEPUTY CLERK**

June 4, 2008
Date

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 08CV3236

**PLAINTIFF**
**Carpenters Fringe Benefits Funds of Illinois, et al.,**

vs.

**DEFENDENT:**
**Academy Interiors, Inc.**

Received by VTS Investigations on the 16th day of June, 2008 at 1:31 pm to be served on **Academy Interiors, Inc. c/o Russell T. Freeman, President, 223 E. Depot Street, Antioch, IL 60002**.

I, Robert C. Regalado - Process Server being duly sworn, depose and say that on the **18th day of June, 2008** at **3:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT,** with the date and hour of service endorsed thereon by me, to: **Tracy Freeman** as **Manager** for **Academy Interiors, Inc.**, at the address of: **223 E. Depot Street, Antioch, IL 60002**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40  Sex: F.  Race/Skin Color: White,  Height: 5'6",  Weight: 140, Hair: Black, Glasses: N

I certify that am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

Robert C. Regalado - Process Server

Subscribed and Sworn to before me on the 19th day of June, 2008 by the affiant who is personally known to me

NOTARY PUBLIC

VTS Investigations
P.O. Box 971
Elgin, IL 60121
(847) 888-4464

Our Job Serial Number: 2008001977

