IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 08 C 3236 |
| ACADEMY INTERIORS, INC., an Illinois corporation, | ) ) ) ) | JUDGE VIRGINIA M. KENDALL |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:    Mr. Russell T. Freeman, Registered Agent/President
Academy Interiors, Inc.
223 E. Depot Street
Antioch, IL   60002

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **5th** day of **August 2008** at **9:00 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Virginia M. Kendall, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2319, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and for an Order Directing Defendant to Turn Over Monthly Fringe Benefit Contribution Reports.  A copy of said motion is hereby served upon you.

/s/   Cecilia M. Scanlon

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 29th day of July 2008:

      Mr. Russell T. Freeman, Registered Agent/President
      Academy Interiors, Inc.
      223 E. Depot Street
      Antioch, IL   60002

      /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\Academy Interiors\notice of motion.cms.df.wpd