IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, et al., ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION |
| ) | NO. 08 C 3236 |
| vs. ) ) | |
| ) | JUDGE VIRGINIA M. KENDALL |
| ACADEMY INTERIORS, INC., ) an Illinois corporation, ) ) | |
| Defendant. ) | |

## AFFIDAVIT

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF KANE      )

DEBORAH L. FRENCH, being first duly sworn upon her oath, deposes and states:

1. I am the Collections Department Management for the Carpenters Fringe Benefit Funds of Illinois and in such capacity, I have knowledge of the matters hereinafter set forth and if called as a witness in the instant proceedings I am competent to testify in respect thereto.

2. I have read the Complaint filed in this cause, and I know of my own personal knowledge the contents of the collective bargaining agreements and Agreements and Declarations of Trust, and all facts alleged therein, and if I am called and sworn as a witness I am competent to testify thereto.

3. I am charged with keeping and maintaining records of contributions received by the Plaintiff Funds, I maintain individual records on each person, firm and corporation required

Carpenters v. Academy Interiors, Inc.
Civil Action No. 08 C 3236

to make contributions to said Plaintiff Funds and receive and record contribution reports made by such persons, firms or corporations, and have under my supervision and direction all books, records, documents and papers relating to such Plaintiff Funds.

    4. I have examined the account of Defendant, ACADEMY INTERIORS, INC., an Illinois corporation, in the above-entitled action, and state that said, Defendant:

    a. Is required to submit monthly contribution reports for October 2007 through the present date, accompanied by payment of fringe benefit contributions, under the terms of a written agreement specifying and describing such obligation;

    b. Has failed to submit to Plaintiffs the monthly contribution reports and contributions required of it for October 2007 through the present date, despite notification from my office to said Defendant of such delinquency.

    5. Because of the Defendant's failure to submit the required monthly contribution reports for October 2007 through the present date, I am unable to determine the amounts, if any, that may be due and owing to Plaintiffs.

    6. I am duly authorized by Plaintiffs in the making of this Affidavit, have personal knowledge of the matters set forth above, and if called as a witness I am competent to testify thereto.

    7. I make this Affidavit in support of the application of Plaintiffs for entry of default and for an order requiring Defendant to turn over its required monthly fringe benefit contribution reports for October 2007 through the present date and requests that this Court consider it as proof in support of the allegations contained in the Complaint and such other facts as herein set forth.

2

Carpenters v. Academy Interiors, Inc.
Civil Action No. 08 C 3236

FURTHER AFFIANT SAYETH NOT.

_____
DEBORAH L. FRENCH

SUBSCRIBED AND SWORN to
before me this 29th
day of July 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
THERESA K. GALLUZZI
Notary Public, State of Illinois
My Commission Expires 12/12/11

I:\Carps\Academy Interiors\french affidavit.cms.df.wpd

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Affidavit of Deborah L. French) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 29th day of July 2008:

>Mr. Russell T. Freeman, Registered Agent/President
>Academy Interiors, Inc.
>223 E. Depot Street
>Antioch, IL  60002


>/s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\Academy Interiors\french affidavit.cms.df.wpd