IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 3236 |
| ACADEMY INTERIORS, INC., an Illinois corporation, | ) ) ) | JUDGE VIRGINIA M. KENDALL |
| Defendant. | ) ) ) | |

**PLAINTIFFS' INITIAL STATUS REPORT**

Plaintiffs, CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.* ("Funds"), by and through their attorneys, submit the following Plaintiffs' Initial Status Report as follows:

1.     The attorneys of record for the Funds are Catherine M. Chapman, Cecilia M. Scanlon, and Patrick N. Ryan.  The lead trial attorney is Catherine M. Chapman.

2.     Federal jurisdiction is based on a federal question arising under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§ 1132, 1145.

3.     The Funds are pursuing delinquent fringe benefit reports, contributions and liquidated damages due pursuant to the Collective Bargaining Agreement between the Defendant, ACADEMY INTERIORS, INC. ("Defendant" ), and the Chicago and Northeast Illinois District Council of Carpenters and the adopted Agreement and Declarations of Trust that govern the Funds.  The Defendant has not answered the Complaint and, therefore, the Funds are unable to determine what counter-claims, if any, might be presented.

4.    On June 18, 2008, the Defendant was served with a Complaint by service of process on the Registered Agent and its Answer was due on July 8, 2008.

5.    The principal legal issues concern the Defendant's obligation to report and pay fringe benefit contributions to the Funds on behalf of the Defendant's employees who perform covered work.

6.    The principal factual issues are whether the Defendant has failed to report and pay contributions to the Funds on a monthly basis on behalf of the Defendant's employees who perform covered work.  Prior to filing this lawsuit, the Defendant submitted delinquent reports to the Funds for the months of July 2007 through September 2007, but failed to remit the contributions and liquidated damages due thereon.  The Defendant has not submitted reports, contributions, or liquidated damages for the months of October 2007 through the present.

7.    A jury trial is not expected by the Funds and, since the Defendant has not answered the Complaint, the Funds are unable to determine whether a jury trial will be requested by the Defendant.

8.     The Defendant's Answer was due on July 8, 2008.  Since the Defendant has failed to file its Answer to the Complaint, no discovery has been taken and on July 29, 2008, the Funds filed a Motion for Entry of Default and for an Order directing Defendant to turn-over its monthly fringe benefit contribution reports for the months of October 2007 through the present.

9.    Since the Defendant is currently in default, the Funds are unable to advise when the case might be ready for trial.  If the Defendant should remedy its default, the Funds do not anticipate a trial lasting more than one (1) or two (2) days.

10.    The Funds are unable to advise whether both parties will consent to proceed before the Magistrate Judge since the Defendant is currently in default.

11.    The Funds and Defendant have not engaged in any settlement discussions in this matter since the current lawsuit was filed.    The Defendant has not responded to previous correspondence by the Funds and their counsel regarding its delinquency.    Accordingly, the parties are not requesting a settlement conference at this time.

Respectfully submitted,


/s/   Cecilia M. Scanlon
One of the attorneys for the Plaintiffs


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com
I:\CarpsJ\Academy Interiors\plaintiffs' initial status rpt.cms.kp.wpd

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Plaintiffs' Initial Status Report) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 31st day of July 2008:

>Mr. Russell T. Freeman, Registered Agent/President
>Academy Interiors, Inc.
>223 E. Depot Street
>Antioch, IL   60002

>/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com
I:\CarpsJ\Academy Interiors\plaintiffs' initial status rpt.cms.kp.wpd