IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION NO. 08 C 3236 |
| vs. | ) ) | JUDGE VIRGINIA M. KENDALL |
| ACADEMY INTERIORS, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it appearing to the Court that the Defendant, ACADEMY INTERIORS, INC., an Illinois corporation, having been regularly served with process and having failed to appear, plead or otherwise defend, and default of said Defendant having been taken, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

1. It has jurisdiction of the subject matter herein and of the parties hereto.

2. The Defendant is bound by the terms of the collective bargaining agreement referred to in the Complaint of Plaintiffs.

3. The Defendant is obligated to make contributions to each of the Plaintiff Funds in accordance with collective bargaining agreement.

4. The Defendant is bound by all the terms and conditions set forth in the Agreements and Declarations of Trust governing the Plaintiff Funds.

5. Pursuant to such Agreements and Declarations of Trust, Defendant is required to submit monthly contribution reports to the Plaintiffs that indicate all employees of the Defendant covered by the collective bargaining agreement referred to in the Complaint, and the number of hours worked or paid for pursuant to the terms of the collective bargaining agreement referred to herein.

6. Defendant has failed to submit its monthly fringe benefit contribution reports for the months of October 2007 through the present date.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

A. That Defendant submit its monthly fringe benefit contribution reports for the months of October 2007 through the present date, within fourteen (14) days of the entry of this Order, and that the Court enter judgment against Defendant after Plaintiffs determine the amount due from Defendant.

B. The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order and entering judgment against Defendant.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 4, 2008

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

G:\GKENDALL\CIVIL CASES\2008\08 C 3236\Entry of Judgment Order.wpd

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she caused a copy of the foregoing document (Order) to be served upon:

>Mr. Russell T. Freeman, Registered Agent/President
>Academy Interiors, Inc.
>223 E. Depot Street
>Antioch, IL   60002

by U.S. Mail on or before the hour of 5:00 p.m. this 29th day of July 2008.


/s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

G:\GKENDALL\CIVIL CASES\2008\08 C 3236\Entry of Judgment Order.wpd