IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | CIVIL ACTION |
| Plaintiffs, | ) ) | NO. 08 C 3236 |
| vs. | ) ) | JUDGE VIRGINIA M. KENDALL |
| ACADEMY INTERIORS, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## <u>MOTION FOR ENTRY OF JUDGMENT</u>

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on August 4, 2008, request this Court enter judgment against Defendant, ACADEMY INTERIORS, INC., an Illinois corporation. In support of that Motion, Plaintiffs state:

1.      On August 4, 2008, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for October 2007 through the present date. The Court retained jurisdiction for the purpose of enforcing the August 4, 2008 Order and to enter judgment against Defendant after the required monthly fringe benefit contribution reports were submitted and Plaintiffs determined the amounts due and owing.

2.      Prior to filing the instant litigation, Defendant submitted its monthly fringe benefit contribution reports for July 2007 through September 2007, but failed to submit the contributions and liquidated due Plaintiffs thereon.

3.      Defendant submitted its monthly fringe benefit contribution reports for October 2007 through July 2008 due to the Chicago District Council of Carpenters.  It was determined that no amounts were due the Plaintiff Funds for the stated time period.

4.      Accordingly, based on the monthly fringe benefit contribution reports submitted for July 2007 through September 2007, Defendant is delinquent in contributions to the Plaintiff Funds in the amount of $4,433.52.  (See Affidavit of Deborah L. French).

5.      Additionally, the amount of $443.35 is due for liquidated damages.  (French Aff. Par. 4(b)).

6.      Defendant submitted a partial payment of $2,639.00 (French Aff. Par. 4(b)).

7.      In addition, Plaintiffs' firm has incurred costs of $435.00 and expended the total amount of $1,386.25 in attorneys' fees in this matter.  (See Affidavit of Catherine M. Chapman).

8.      Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $4,059.12.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $4,059.12.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com
I:\CarpsJ\Academy Interiors\motion-judgment.cms.df.wpd

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 15th day of October 2008:

> Mr. Russell T. Freeman, Registered Agent/President
> Academy Interiors, Inc.
> 223 E. Depot Street
> Antioch, IL   60002

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\Academy Interiors\motion-judgment.cms.df.wpd